**Order entered March 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00072-CV

**JOHN SEAY D/B/A TALENTWISE INTERNATIONAL, Appellant**

**V.**

**MILIND MESHRAM, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-03445-D**

## ORDER

Appellant has filed a Suggestion of Bankruptcy stating that he has filed for bankruptcy in the United States Bankruptcy Court. This automatically suspends further action in this appeal. *See* TEX. R. APP. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See id.* 8.3.

/s/     CRAIG SMITH
          JUSTICE